UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 08-195(JAP) |
| v. | : | |
| | : | ORDER |
| RASHAWN DAVENPORT | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __5TH__ day of __NOVEMBER__, 2014,

ORDERED that __ANDREA BERGMAN__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendants in the cause for the purpose of the Initial Appearance.

_____
Douglas E. Arpert
United States Magistrate Judge